WASHBURN v. RAINIER et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Henry J. Washburn against John T. Rainier and others. No opinion. Motion to resettle order granted, upon condition that, if he so desires, the appellant may withdraw his appeal to the Court of Appeals, and in such case respondents pay

taxable costs to date and disbursements in said court. See, also, 149 App. Div. 800, 134 N. Y. Supp. 301.